UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY W. MINER,

      Plaintiff,

v.

OGEMAW COUNTY ROAD COMMISSION,
ROBERT I. REID, PATRICK J. REINKE,
JUSTIN P. NOFFSINGER and LADONNA
A. SCHULTZ,

      Defendants.

Case No.: 21-
Hon.

---

W. DANE CAREY (P79898)
Kuhn Rogers PLC
Attorney for Plaintiff
412 S. Union Street
Traverse City, MI  49684
(231) 947-7900
wdcarey@krlawtc.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendants Justin P.
Noffsinger and LaDonna A. Schultz
19176 Hall Road, Suite 220
Clinton Township, MI  48038
(586) 228-5600
tferrand@cmda-law.com

MATTHEW WOJDA (P72766)
White Wojda and Curtis
Attorney for Defendant Robert I. Reid
313 N Second Ave
Alpena, MI 49707-2805
989-354-4104
mjwojda@dwwhitelaw.com

William L. Henn (P61132)
Henn Lesperance PLC
Attorney for Defendants Ogemaw
County Road Commission and Patrick
J. Reinke
32 Market Avenue SW, Suite 400
Grand Rapids, MI  49503
(616) 551-1352
wlj@hennlesperance.com

---

## NOTICE OF REMOVAL OF ACTION

01338462-1

Defendants, OGEMAW COUNTY PROSECUTOR LADONNA A. SCHULTZ and OGEMAW COUNTY SHERIFF DEPUTY JUSTIN P. NOFFSINGER, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., for their Petition/Notice of Removal of Action, provide as follows:

1.      On April 16, 2021, Plaintiff filed the attached Amended Complaint in the Ogemaw County Circuit Court. (**Exhibit A**).

2.      The Complaint was served by email on the Defendants on May 7, 2021.

3.      Within the Complaint Plaintiff alleges a cause of action pursuant to 42 U.S.C. §1983 for violations of the Fifth and Fourteenth Amendments of the United States Constitution (alleging an unconstitutional taking of property without compensation, violations of due process, and conspiracy to interfere with civil rights).

4.      Removal of this litigation from the Ogemaw County Circuit Court to this Court is proper pursuant to 28 U.S.C. §1441.

5.      Defendants have properly and timely filed Notice of Removal within 30 days of service of the Complaint as required by 28 U.S.C. §1446. (**Exhibit B**).

6.      All Defendants including the Defendant Ogemaw County Road Commission, Robert I. Reid and Patrick J. Reinke have stipulated and agreed to the

removal of this action from the Ogemaw County Circuit Court to the United States District Court for the Eastern District of Michigan.

WHEREFORE, the Defendants, Ogemaw County Prosecutor LaDonna A. Schultz and Ogemaw County Sheriff Deputy Justin P. Noffsinger, respectfully request this Honorable Court grant its Notice of Removal of Action and remove this case from the Ogemaw County Circuit Court to the United States District Court for the Eastern District of Michigan, Southern Division.

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

By: /s/ Timothy S. Ferrand
TIMOTHY S. FERRAND (P39583)
Attorney for Defendants Justin P. Noffsinger
and LaDonna A. Schultz
19176 Hall Road, Suite 220
Clinton Township, MI 48038
Dated: May 21, 2021       (586) 228-5600

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 21, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none]

***Cummings, McClorey, Davis & Acho, PLC***

By: /s/ TIMOTHY S. FERRAND
Timothy S. Ferrand (P39583)

01338462-1 3